# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SAMUEL ANTHONY ACINELLI, Jr., | No. ED CV 13-1371-AB (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KIRK ANTHONY TORRES, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice for failure to exhaust administrative remedies.

DATED: September 28, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE